IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTENAY J., individually and on behalf of J.M., and J.M.,<br><br>    Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a subsidiary of CIGNA CORPORATION; DANAHER CORPORATION; and the DANAHER CORPORATION & SUBSIDIARIES MEDICAL PLAN,<br><br>    Defendants. | **STIPULATED DISMISSAL WITH PREDJUDICE OF ALL PARTIES**<br><br><br><br>Case No. 1:25-cv-00080 |

## STIPULATED DISMISSAL WITH PREJUDICE OF ALL PARTIES

Plaintiffs Courtenay J., individually and on behalf of J.M., and J.M. and Defendants Cigna Health And Life Insurance Company, A Subsidiary Of Cigna Corporation; Danaher Corporation; And The Danaher Corporation & Subsidiaries Medical Plan (Collectively The "Parties"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties further agree to bear their own fees and costs associated with this matter.

DATED: June 8, 2026                          Respectfully submitted,


/s/ Karra J. Porter
Karra J. Porter (UT Bar No. 5223)
(*Pro Hac Vice* admitted)
**CHRISTENSEN & JENSEN, P.C.**
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
Email: Karra.Porter@cjlaw.com

Richard Medoff
SEMMES, BOWEN & SEMMES
250 W. Pratt Street
Suite 1900
Baltimore, MD 21201
Telephone: (410) 971-0775
Fax: (410) 539-5223
Email: rmedoff@semmes.com

*Attorneys for Plaintiffs*


SEYFARTH SHAW LLP

/s/ *Ian Morrison*
Ian Morrison (to be admitted *pro hac vice*)
imorrison@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago IL 60606-6448
Phone: (312) 460-5000
Fax: (312) 460-7000
*Signed electronically and with permission
via June 8, 2026 email.


Samantha L. Brooks, DC Bar #1033641
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC 20004
Phone: (202) 463-2400
Fax: (202) 828-5393

*Attorneys for Danaher Corporation
and the Danaher Corporation &
Subsidiaries Medical Plan*


/s/ Rita E. Nerney
Rita E. Nerney (DC Bar No. MA0058)
53 State Street, 32nd Floor
Boston, MA 02109
Tel: 617-557-5900

2

Email: rnerney@rc.com
*Signed electronically and with permission via June 8, 2026 email.


Michael H. Bernstein (DC Bar No. NY0630)
666 Third Avenue, 20th Floor
New York, NY 10017
Tel: 212-451-2900
Email: mbernstein@rc.com


*Attorneys for Defendant Cigna Health and Life Insurance Company*


## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2026, I electronically filed a true and correct copy of the foregoing **STIPULATED DISMISSAL WITH PREJUDICE OF ALL PARTIES** with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all counsel of record.


/s/ Natalie Jackson
Natalie Jackson, paralegal


3